AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Donald Ross Workman Jr.<br><br>*Defendant* | )<br>)  Case: 1:24-mj-00241<br>)  Assigned to: Judge Faruqui, Zia M.<br>)  Assign Date: 8/6/2024<br>)  Description: COMPLAINT W/ ARREST WARRANT<br>)<br>) |

## ARREST WARRANT

To:      Any authorized law enforcement officer

   **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Donald Ross Workman Jr. ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 111(a)(1) -- Assaulting, Resisting, or Impeding Certain Officers;
18 U.S.C. § 231(a)(3) -- Civil Disorder;
18 U.S.C. § 1752(a)(1) -- Entering and Remaining in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(2) -- Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) -- Disorderly Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(F) -- Act of Physical Violence in the Capitol Grounds or Buildings

Date: 08/06/2024

*Issuing officer's signature*   2024.08.06 15:30:07 -04'00'

City and state:   Washington, D.C.         Zia M. Faruqui, U.S. Magistrate Judge
                                                              *Printed name and title*

---

**Return**

This warrant was received on *(date)*  8/8/2024 , and the person was arrested on *(date)*  8/19/2024
at *(city and state)*  Hereford, TX .

Date:  8/19/2024

*Arresting officer's signature*

Special Agent Joshua Motto
*Printed name and title*