AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| United States of America | ) |
| v. | ) Case: 1:24-mj-00241 |
| Donald Ross Workman Jr. | ) Assigned to: Judge Faruqui, Zia M. |
| | ) Assign Date: 8/6/2024 |
| | ) Description: COMPLAINT W/ ARREST WARRANT |
| | ) |
| *Defendant* | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Donald Ross Workman Jr.                                                                                ,

who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment    ❏ Superseding Indictment    ❏ Information    ❏ Superseding Information    ☒ Complaint

❏ Probation Violation Petition    ❏ Supervised Release Violation Petition    ❏ Violation Notice    ❏ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 111(a)(1) -- Assaulting, Resisting, or Impeding Certain Officers,
18 U.S.C. § 231(a)(3) -- Civil Disorder,
18 U.S.C. § 1752(a)(1) -- Entering and Remaining in a Restricted Building or Grounds,
18 U.S.C. § 1752(a)(2) -- Disorderly and Disruptive Conduct in a Restricted Building or Grounds,
40 U.S.C. § 5104(e)(2)(D) -- Disorderly Conduct in a Capitol Building,
40 U.S.C. § 5104(e)(2)(F) -- Act of Physical Violence in the Capitol Grounds or Buildings

2024.08.06
15:30:07
-04'00'

Date:     08/06/2024

*Issuing officer's signature*

City and state:          Washington, D.C.

Zia M. Faruqui, U.S. Magistrate Judge

*Printed name and title*

| Return | |
|---|---|

This warrant was received on *(date)* 8/8/2024 , and the person was arrested on *(date)* 8/19/2024

at *(city and state)* Hereford, TX .

Date: 8/19/2024

*Arresting officer's signature*

Special Agent Joshua Motto

*Printed name and title*

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
District of Columbia

| United States of America | ) |
| v. | ) |
| | ) |
| Donald Ross Workman Jr., (DOB: ████████) | ) |
| John Walter Clark IV, (DOB: ████████) | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

Case: 1:24-mj-00241
Assigned to: Judge Faruqui, Zia M.
Assign Date: 8/6/2024
Description: COMPLAINT W/ ARREST WARRANT

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____January 6, 2021_____ in the county of _____ in the
_____ in the District of ____Columbia____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 111(a)(1) -- Assaulting, Resisting, or Impeding Certain Officers, | |
| 18 U.S.C. § 231(a)(3) -- Civil Disorder, | |
| 18 U.S.C. § 1752(a)(1) -- Entering and Remaining in a Restricted Building or Grounds, | |
| 18 U.S.C. § 1752(a)(2) -- Disorderly and Disruptive Conduct in a Restricted Building or Grounds, | |
| 40 U.S.C. § 5104(e)(2)(D) -- Disorderly Conduct in a Capitol Building, | |
| 40 U.S.C. § 5104(e)(2)(F) -- Act of Physical Violence in the Capitol Grounds or Buildings | |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

████████████████████
*Complainant's signature*

███████████, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1
by telephone.

2024.08.06
15:29:12 -04'00'

Date: _____08/06/2024_____

_____
*Judge's signature*

City and state: _____Washington, D.C._____    Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

Case: 1:24-mj-00241
Assigned to: Judge Faruqui, Zia M.
Assign Date: 8/6/2024
Description: COMPLAINT W/ ARREST WARRANT

## STATEMENT OF FACTS

Your affiant, ███████████, is a Special Agent assigned to the FBI's Washington Field Office. In my duties as a Special Agent, I investigate violations of federal law. Currently, I am tasked with investigating criminal activity in and around the Capitol grounds on January 6, 2021. As a Special Agent, I am authorized by law or by a Government agency to engage in or supervise the prevention, detection, investigation, or prosecution of a violation of Federal criminal laws.

The U.S. Capitol is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification were allowed access inside the U.S. Capitol. On January 6, 2021, the exterior plaza of the U.S. Capitol was also closed to members of the public.

On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in the United States Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020. The joint session began at approximately 1:00 p.m. Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

As the proceedings continued in both the House and the Senate, and with Vice President Mike Pence present and presiding over the Senate, a large crowd gathered outside the U.S. Capitol. As noted above, temporary and permanent barricades were in place around the exterior of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the crowd away from the Capitol building and the proceedings underway inside.

At such time, the certification proceedings were still underway and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol; however, around 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows and by assaulting members of the U.S. Capitol Police, as others in the crowd encouraged and assisted those acts.

Shortly thereafter, at approximately 2:20 p.m., members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Mike Pence, were instructed to—and did—evacuate the chambers. Accordingly, the joint session of the United States Congress was effectively suspended until shortly after 8:00 p.m. Vice President Pence remained in the United States Capitol from the time he was evacuated from the Senate Chamber until the sessions resumed.

During national news coverage of the aforementioned events, video footage which appeared to be captured on mobile devices of persons present on the scene depicted evidence of violations of local and federal law, including scores of individuals inside the U.S. Capitol building without authority to be there.

## IDENTIFICATION OF SUBJECTS

Over the course of this investigation, your affiant has reviewed publicly available footage from the Washington Monument and U.S. Capitol, as well as USCP CCTV Metropolitan Police Department (MPD) bodyworn camera (BWC) footage from the U.S. Capitol on January 6. The following description is based on the review of that content. Said footage captured both DONALD ROSS WORKMAN JR. and JOHN WALTER CLARK IV on Capitol Grounds on January 6, 2021.



*Image 1: CLARK (red) and WORKMAN (yellow) on Capitol Grounds on January 6.*

### Identification of DONALD ROSS WORKMAN Jr.

DONALD ROSS WORKMAN JR., of Hereford, Texas, is a white male who on January 6, 2021, wore a distinctive gray baseball hat with "PLEB" in large letters on its front and a long, unkempt brown beard.

WORKMAN posts videos to YouTube and Rumble under the name "Pleb Media." WORKMAN also operates an account on the social media platform formerly known as Twitter under the handle @heloprocurement with name "Don 'The Pleb' Workman."

On both the Twitter and YouTube pages, WORKMAN posted an avatar-style image of himself wearing what appears to be the same "PLEB" baseball hat and a similar beard. Your affiant is able to identify the individual posted on these social media platforms as the same person depicted in videos from January 6, 2021, as described below.

2



*Image 2: Header of WORKMAN's Twitter account.*



*Image 3: Header of WORKMAN's YouTube channel.*

The images in these social media account avatars appear to match both WORKMAN's driver's license photo and his appearance in multiple videos posted to various online fora, including on January 6.

On the evening of January 6, 2021, WORKMAN hosted a livestream on his YouTube "Pleb Media" channel that lasted approximately an hour and a half. During the livestream, WORKMAN wore the same "PLEB" hat that he had worn on Capitol grounds.



*Image 4: Screenshot from WORKMAN's livestream the evening of January 6.*

During the livestream session, WORKMAN admitted to being on Capitol grounds that day. He stated he was "legitimately fighting the cops in riot gear for about six hours" and described being "pepper sprayed and bear maced" by the police.

According to records obtained through a search warrant served on Google, a mobile device associated with email address ▮▮▮▮▮▮▮▮▮▮▮▮▮, which your affiant knows to be associated with WORKMAN, was present at the U.S. Capitol on January 6, 2021. Google estimates device location using sources including GPS data and information about nearby Wi-Fi access points and Bluetooth beacons. This location data varies in its accuracy, depending on the source(s) of the data. As a result, Google assigns a "maps display radius" for each location data point. Thus, where Google estimates that its location data is accurate to within 10 meters, Google assigns a "maps display radius" of 10 meters to the location data point. Finally, Google reports that its "maps display radius" reflects the actual location of the covered device approximately 68% of the time. In this case, Google location data shows that a device associated with email address ▮▮▮▮▮▮▮▮▮▮▮▮ was located on the West Front of the Capitol. The earliest point reported by Google as being within the Capitol's restricted perimeter occurred at 2:04:45 p.m. and the latest occurred at 5:19:39 p.m. Google provided 15 discrete device location points. For each, the entirety of the "maps display radius" fell within the Capitol's restricted perimeter. No point appeared to be located within the Capitol building itself.

FBI agents interviewed WORKMAN in Texas on or about June 14, 2023. Regarding January 6, WORKMAN stated all of his actions were "well-documented" and publicly available on the Internet, and declined to speak further.

### Identification of JOHN WALTER CLARK IV

JOHN WALTER CLARK IV, of Hereford, Texas, is a white male who on January 6, 2021, wore a Carhartt-brand baseball hat with a nearly flat brim with sunglasses visible on the brim at times, clear goggles, a Carhartt-brand brown coat, and brown overalls.

CLARK and WORKMAN moved together throughout nearly all of their time on restricted Capitol grounds on January 6. CLARK stayed very physically close to WORKMAN, at times

4

placing a hand on WORKMAN's collar area in an apparent effort to not lose contact with him in the crowd of rioters. This indicates a certain level of familiarity.



*Image 5: CLARK (red) and WORKMAN (yellow) on Capitol grounds.*

An FBI confidential human source (CHS) identified this associate as JOHN WALTER CLARK IV.

CLARK obtained a Texas driver's license in or about June 2022. His address associated with this license is a property in Hereford, Texas, owned by WORKMAN, according to public records. Further, an entity named "Pleb Media" is registered at this address. "Pleb Media" is the brand under which WORKMAN publishes videos online as a self-described content creator.

CLARK registered a pickup truck in Texas, and received license plates for it in or about February 2023. The address associated with the vehicle registration was the same aforementioned property owned by WORKMAN in Hereford, Texas.

According to CLARK's LinkedIn profile, he was a field radio operator in the United States Marine Corps (USMC) from 2007 to 2011. WORKMAN was also in the USMC in approximately the same timeframe.

## WORKMAN'S AND CLARK'S CONDUCT ON JANUARY 6

### *Washington Monument*

On the morning of January 6, WORKMAN and CLARK attended the "Stop the Steal" rally at the Washington Monument. There, United States Park Police (USPP) uniformed officers took an individual into custody, leading WORKMAN, CLARK, and others to aggressively advance upon the officers.

In response to the crowd's actions, the USPP officers retreated into an enclosed glass structure, known as the Visitor Screening Center, at the base of Washington Monument as

WORKMAN and others, including CLARK and another WORKMAN associate whose identity is known to the FBI, [1] approached the glass, where they yelled at and taunted the officers.

### *Approach to Capitol*

In the early afternoon, they headed east along the National Mall towards the Capitol. Along the way, WORKMAN filmed a livestream-style video that was originally posted to his Pleb Media YouTube channel. CLARK is visible behind WORKMAN.



*Image 6: CLARK (red) and WORKMAN (yellow) on the National Mall walking toward the Capitol.*

The following is a selection of WORKMAN's statements during his livestream:

- WORKMAN stated "Congress fucks up the country. I'm going to the Capitol building."

- WORKMAN described the arrest at the Washington Monument and stated, "Turns out, if you just rush a few hundred people onto the same Capitol—er, onto the same monument—and tell the cops they're not fuckin' arresting people, they'll just leave. Quite literally, all it took."

- WORKMAN stated, "By the way, if Trump gets up there and says 'we concede' somebody let me know."

- When WORKMAN is asked what the plan is, he responds, "I'm walking my ass to the fuckin' Capitol building, 'cause apparently we are going to sit there until right around the time Congress is supposed to be over here fuckin' voting." Shortly thereafter, one of WORKMAN's associates noted that C-SPAN was covering the chamber live.

---

[1] The identity of this associate is known to the FBI. This person is not CLARK.

- WORKMAN states, "There's a bunch of very unserious people here who are all happy to wave flags and cheer, and then there's a much smaller percentage of us who are very pissed off and going to the Capitol building."

- When WORKMAN is asked, "Are you expecting violence later? From Antifa and stuff?" he responds, "Yes."

- WORKMAN estimates there are "40-50 of us standing here right now" in response to a question about the size of his group.

- When WORKMAN's associate says, "Trump just said, if they don't do the right thing, we'll take a walk down to the Capitol," WORKMAN responds, "Stop fucking around about it, get down here."

### Capitol Walkway

WORKMAN's associate recorded a video at approximately 12:26 p.m., which shows a walkway leading to the Capitol building, and begins with the associate saying "Folks, you cannot get on Capitol grounds. Say hi, Don." The camera turns to show WORKMAN. Numerous "AREA CLOSED" signs are visible directly in front of WORKMAN.



*Image 7: "AREA CLOSED" signs visible in WORKMAN's associate's video.*

While observing USCP officers on the west lawn of the Capitol grounds, the associate states, "Yeah, that's not enough of 'em for what's comin' in a half hour." The first breach of Capitol restricted grounds occurred at 12:53 p.m., just north of where WORKMAN and his associate were standing during this video.

### WORKMAN and CLARK on Restricted Capitol Grounds

7

WORKMAN and CLARK chased USCP officers who were running down a walkway toward restricted Capitol grounds.



*Image 8: CLARK (red) and WORKMAN (yellow) chasing police toward Capitol grounds.*

WORKMAN appeared to push a USCP officer who was attempting to prevent WORKMAN and CLARK from proceeding further onto restricted grounds.

8



*Image 9: WORKMAN's outstretched arm (yellow arrow) appearing to push a USCP officer. CLARK (red arrow) is immediately beside WORKMAN.*

When the USCP officer pushed WORKMAN back, CLARK put himself between WORKMAN and shoulder-checked the officer to get him away from WORKMAN.



*Image 10: USCP officer's outstretched arm (blue arrow) pushing back on WORKMAN (yellow arrow) as CLARK (red arrow) put himself between them.*

WORKMAN and CLARK were among the very first rioters to breach the Capitol Police line on the Maryland Avenue walkway. Capitol closed-circuit video (CCV) showed WORKMAN and CLARK (in right red box) with police officers nearby. CLARK threw a bike rack barrier to the side (left red box) as he moved forward with WORKMAN.



WORKMAN and CLARK arrived on the Capitol's Lower West Plaza early during the riot, as evidenced by the still-standing black fencing and relative lack of rioters.



*Image 11: WORKMAN (yellow) and CLARK (red) on the West Plaza.*

Once rioters breached the West Plaza, USCP personnel attempted to establish a bike rack barricade barrier on southern side of the plaza to prevent the rioters from proceeding further into the grounds or into the building itself. At approximately 12:59 p.m., WORKMAN, CLARK, and other rioters tried to prevent the police from doing so, by grabbing the barricades away from them.

11



*Image 12: WORKMAN confronting the police line that was assembling the bike rack barricade barrier.*



*Image 13: WORKMAN (yellow) grabbing a police barricade. CLARK (red) is behind him.*



*Image 14: WORKMAN (yellow) and CLARK (red), each grabbing a police barricade.*



*Image 15: WORKMAN (yellow) pulling a police barricade away from an officer. CLARK (red) is behind him.*



*Image 16: A different angle of WORKMAN pulling a police barricade away from an officer.*

WORKMAN and CLARK remained at the vanguard of rioters opposing the police, even after the police sprayed the rioters with a chemical irritant.



*Image 17: Police deploying chemical spray (green) toward rioters, including WORKMAN (yellow).*



*Image 18: WORKMAN (yellow) and CLARK (red) after the police sprayed the rioters with a chemical irritant. WORKMAN dropped his head, using the brim of his hat to shield his face, and CLARK brought his hands toward his eyes.*

WORKMAN and CLARK remained on the front line of rioters as the struggle with USCP continued. They remained on the Lower West Plaza as the USCP deployed riot munitions, and as USCP officers fought to assist other officers who had been knocked off their feet.



*Image 19: CLARK (red) and WORKMAN (yellow) on the West Plaza as the police spray chemical irritants to repel the rioters.*

WORKMAN appeared to assist CLARK away from the police line at one point, leading him by the hand. CLARK is seen wincing, likely from the effects of the chemical spray.



*Image 20: WORKMAN (yellow) guiding CLARK (red) after having been sprayed with chemical irritant.*

Open-source video captured CLARK as he washed out his eyes. Both CLARK's and WORKMAN's faces and jackets show exposure to riot agents.[2]



At approximately 2:12 p.m., more than 70 minutes after WORKMAN and CLARK entered restricted Capitol grounds, then-Lieutenant J.B. of MPD repeatedly ordered the rioters in front of him, including WORKMAN and CLARK, to back up. They did not. Lieutenant J.B. sprayed the rioters with a chemical irritant. A few minutes later, WORKMAN taunted the police, saying, "Any of you feel free—come this side, here, happy to have your help," referring to the other side of the barricades.

---

[2] https://odysee.com/@ChrisWyattAfrica:5/Capitol-Hill-Rally-06-Jan-2021-Revisited:4 at 9:24



*Image 21: CLARK (red) and WORKMAN (yellow) directly in front of Lt. J.B. as he deployed a chemical irritant after ordering the rioters to get back.*

At approximately 2:28 p.m., when the rioters broke through the police line and overran the West Plaza, WORKMAN ascended the stairs underneath the scaffolding with several other rioters to gain access to the Lower West Terrace of the Capitol building.



*Image 22: WORKMAN ascending the stairs to the Lower West Terrace.*

Several open-source videos captured WORKMAN and CLARK on the southern side of the Lower West Plaza. According one video's metadata, WORKMAN and CLARK were there at approximately 3:36 p.m.—over two and a half hours from when they first breached Capitol restricted grounds.

17



*Image 23: CLARK (red) and WORKMAN (yellow) on Capitol grounds at approximately 3:36 p.m.*

### WORKMAN's Livestream the Evening of January 6

On the evening of January 6, WORKMAN conducted another livestream on his YouTube channel, during which he described his experience in Washington D.C. on January 6. During the livestream, he wore the same "Pleb" hat he was wearing earlier in the day. *See* Image 5.

The following is a selection of WORKMAN's statements during his livestream:

- WORKMAN stated he disregarded instructions from police at the Washington Monument and "as soon as they arrested the guy, we all just kinda rushed back onto the Washington Monument, which basically set the tone for the day."

- WORKMAN states he was sprayed with chemical irritants, including pepper spray and tear gas. WORKMAN stated "they brought the big giant bear mace launchers, and I got bear maced a bunch of times. Very exciting." WORKMAN notes his voice may sound off, opining "this is what you sound like when you yell through tear gas."

- WORKMAN opines "None of us were chasing down the cops, trying to beat the hell out of them, until we started getting, fuckin', the cops laying into us. Just quite literally walked up to fences that were there, said 'fuck yo' couch,' walked past the fence, and then, uh, started getting hosed down with stuff. Realistically, most of the

injuries the police got today are of, ah—" At this point, WORKMAN's associate,[3] who is present with him during the livestream, interjects, "retaliation." WORKMAN continues "…not even retaliation, it is cops pepper-spraying them damn selves. They tear-gassed their own line more than once. Fuckin' retards."

- WORKMAN describes moving past police barricades at the Capitol building and encountering a lone police officer who deployed a collapsible baton. WORKMAN jubilantly relates, "…so I just pointed behind him and went, 'you're alone.' And that bitch turned and ran."

- When a real-time viewer asks why he and other rioters left the Capitol, WORKMAN responds, "Legitimately fighting the cops in riot gear for about six hours is really tiring."

- WORKMAN states "what the right just found out today is that if you push back on the cops at all, the cops fold. A lot."

- When a real-time viewer asks, "This was a nice warm-up, but boog[4] when?" WORKMAN responds, "Probably soon."

- When a real-time viewer asks about his opinion on how the day went in terms of the protest and Trump, WORKMAN expresses his view that the day was successful in terms of the protest. In terms of Trump, WORKMAN states it was a mixed result and that "Pence, to the best of my knowledge, hasn't done anything." WORKMAN states his view that "a stolen election" was one of the reason January 6 kicked off.

- When a real-time viewer asks, "Is there anything to be done, or is it all over?" WORKMAN responds, "Look, for today, it's probably—I mean, if you guys have some capability to organize 3 or 400,000 people to go down to D.C. and say 'I thought we told you to stop that damn count' then let's go."

- When a real-time viewer asks, "Is there any way for Trump to win now?" WORKMAN responds, "I mean, there's always one way." WORKMAN states "I'm near-certain we're scheduling the boog for January 20."

## CHARGES SUPPORTED BY PROBABLE CAUSE

Based on the foregoing, your affiant submits that there is probable cause to believe that WORKMAN and CLARK violated 18 U.S.C. §§ 1752(a)(1) and (2), which make it a crime to (1) knowingly enter or remain in any restricted building or grounds without lawful authority to do so; and (2) knowingly, and with intent to impede or disrupt the orderly conduct of Government business or official functions, engage in disorderly or disruptive conduct in, or within such proximity to, any restricted building or grounds when, or so that, such conduct, in fact, impedes or disrupts the orderly conduct of Government business or official functions. For purposes of Section

---

[3] The FBI has identified the associate present with WORKMAN during the livestream. It is not CLARK.

[4] Boog is short for boogaloo, a term used to refer to a second Civil War.

1752 of Title 18, a "restricted building" includes a posted, cordoned off, or otherwise restricted area of a building or grounds where the President or other person protected by the Secret Service, including the Vice President, is or will be temporarily visiting; or any building or grounds so restricted in conjunction with an event designated as a special event of national significance.

Your affiant submits there is probable cause to believe that WORKMAN and CLARK violated 40 U.S.C. §§ 5104(e)(2)(D) and (F), which make it a crime to willfully and knowingly (D) utter loud, threatening, or abusive language, or engage in disorderly or disruptive conduct, at any place in the Grounds or in any of the Capitol Buildings with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress, or the orderly conduct in that building of a hearing before, or any deliberations of, a committee of Congress or either House of Congress; and (F) engage in an act of physical violence in the Grounds or any of the Capitol Buildings;

Your affiant submits there is probable cause to believe that WORKMAN and CLARK violated 18 U.S.C. 231(a)(3), which makes it unlawful to commit or attempt to commit any act to obstruct, impede, or interfere with any fireman or law enforcement officer lawfully engaged in the lawful performance of his official duties incident to and during the commission of a civil disorder which in any way or degree obstructs, delays, or adversely affects commerce or the movement of any article or commodity in commerce or the conduct or performance of any federally protected function. For purposes of Section 231 of Title 18, a federally protected function means any function, operation, or action carried out, under the laws of the United States, by any department, agency, or instrumentality of the United States or by an officer or employee thereof. This includes the Secret Service's protection of the Vice President and his family and the Capitol Police's protection of the U.S. Capitol.

Your affiant submits that there is probable cause to believe that WORKMAN and CLARK violated 18 U.S.C. § 111(a)(1) (two counts), which makes it a crime to forcibly assault, resist, oppose, impede, intimidate, or interfere with any person designated in section 1114 of Title 18 while engaged in or on account of the performance of official duties. Persons designated within section 1114 of Title 18 include federal officers such as USCP officers, and include any person assisting an officer or employee of the United States in the performance of their official duties.



Special Agent ███████████
FBI

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 6th day of August 2024.

2024.08.06
15:30:25 -04'00'

HON. ZIA M. FARUQUI
U.S. MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 2:24-mj-00075-BR (1) |
| | § | Charging District: District of Columbia |
| | § | Case No. 1:24-mj-00241 |
| | § | |
| DONALD ROSS WORKMAN, JR (1) | § | |
| | § | |
| Defendant. | § | |

**ORDER ON INITIAL APPEARANCE AND SETTING BOND**

On today's date, Defendant, DONALD ROSS WORKMAN, JR, appeared in person and with counsel before the  undersigned United States Magistrate Judge for the purpose of an Initial Appearance in accordance with Rule 5, Federal Rule of Criminal Procedure. The United States appeared by and through the Assistant United States Attorney for the Northern District of Texas.

In accordance with Rule 5, the defendant received a copy of the Complaint filed in the originating cause and acknowledged understanding the charges therein. The defendant was advised of the rights relative to the making and the refusal to make statements that might be used against Defendant and acknowledged understanding such rights.  The defendant was further advised of the right to retain counsel and of the right to request the Court to appoint counsel if unable to afford to retain counsel.  The defendant acknowledged understanding the right to counsel and requested that the Court appoint counsel.

At the hearing, the government did not move for pretrial detention and the Court finds the defendant should be released on a personal recognizance bond with specific conditions of release. The defendant was advised of the conditions of release and acknowledged understanding such conditions.

The defendant was advised of the right to an Identity Hearing and acknowledged understanding such right and waived the right to have the Identity hearing in the Northern District of Texas.    The defendant was also advised of the right to a Preliminary Examination and acknowledged understanding such right.    The defendant's Preliminary Examination will be held via Zoom on **Tuesday, August 27, 2024**, **at 12:30 p.m., EDT** before U.S. Magistrate Judge G. Michael Harvey in the E. Barrett Prettyman United States Courthouse, Washington D.C.

Defendant, DONALD ROSS WORKMAN, JR, is ordered released after processing by the United States Marshal.

**IT IS SO ORDERED.**

ENTERED on August 19, 2024.

LEE ANN RENO
UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 2:24-mj-00075-BR (1) |
| | § | |
| DONALD ROSS WORKMAN, JR (1) | § | |
| | § | |
| Defendant. | § | |

## ORDER APPOINTING FEDERAL PUBLIC DEFENDER

On today's date, Defendant, DONALD ROSS WORKMAN, JR, appeared before the Court. The Court found the defendant financially unable to obtain counsel.

It is hereby ORDERED the office of the Federal Public Defender is appointed to represent the defendant in this cause for the limited purpose of any hearing conducted in the Amarillo Division for the Northern District of Texas. This appointment shall remain in effect until this matter is transferred to the originating jurisdiction in the District of Columbia. The Federal Public Defender's Office in Amarillo is located at 500 S. Taylor, Suite 110.

**IT IS SO ORDERED.**

ENTERED on August 19, 2024.

_____
LEE ANN RENO
UNITED STATES MAGISTRATE JUDGE

AO 466A (Rev. 07/16)  Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Texas

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**

AUG 1 9 2024

CLERK, U.S. DISTRICT COURT
By_____
Deputy

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.  2:24-mj-00075-BR |
| | ) | |
| DONALD ROSS WORKMAN JR. | ) | Charging District's Case No.  1:24-mj-00241 |
| *Defendant* | ) | |

## WAIVER OF RULE 5 & 5.1 HEARINGS
### (Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* _____

_____ DISTRICT OF COLUMBIA _____.

I have been informed of the charges and of my rights to:

(1)     retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)     an identity hearing to determine whether I am the person named in the charges;

(3)     production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4)     a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand.

(5)     a hearing on any motion by the government for detention;

(6)     request a transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☑     an identity hearing and production of the warrant.

☐     a preliminary hearing.

☐     a detention hearing.

☐     an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district.  I request that any preliminary or detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date:     08/19/2024

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

## Eric Coats
*Printed name of defendant's attorney*

AO 199A (Rev. 06/19) Order Setting Conditions of Release                                    Page 1 of ____4____ Pages

# UNITED STATES DISTRICT COURT

for the

Northern District of Texas

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

AUG 1 9 2024

CLERK, U.S. DISTRICT COURT
By_____
Deputy

|  |  |
|---|---|
| United States of America | ) |
| v. | ) |
|  | ) Case No.  2:24-mj-00075-BR (1) |
| DONALD ROSS WORKMAN, JR. (1) | ) |
| *Defendant* | ) |

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1)   The defendant must not violate federal, state, or local law while on release.

(2)   The defendant must cooperate in the collection of a DNA sample if it is authorized by 34 U.S.C. § 40702.

(3)   The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4)   The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at: _____
*Place*

Preliminary Examination via Zoom before U.S. Magistrate Judge G. Michael Harvey
_____

on _____8/27/2024 12:30 pm_____
*Date and Time*

If blank, defendant will be notified of next appearance.

(5)   The defendant must sign an Appearance Bond, if ordered.

AO 199B (Rev. 12/20)  Additional Conditions of Release                                          Page 2 of 4 Pages

## ADDITIONAL CONDITIONS OF RELEASE

Pursuant to 18 U.S.C. § 3142(c)(1)(B), the court may impose the following least restrictive condition(s) only as necessary to reasonably assure the appearance of the person as required and the safety of any other person and the community.

   IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( ☐ )  (6)  The defendant is placed in the custody of:
            Person or organization _____
            Address *(only if above is an organization)* _____
            City and state _____  Tel. No. _____
who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

                                    Signed: _____
                                            *Custodian*                                    *Date*

( ✓ )  (7)  The defendant must:
    ( ✓ )  (a)  submit to supervision by and report for supervision to the   U.S. Probation Office   *8/19 hearing in Amarillo, Tx*
                telephone number   (806) 324-2351   , no later than   24 hours after release from custody   *and report weekly to*
                                                                                                          *verify address*
    ( ☐ )  (b)  continue or actively seek employment.
    ( ☐ )  (c)  continue or start an education program.
    ( ✓ )  (d)  surrender any passport to:   Pretrial Officer
    ( ✓ )  (e)  not obtain a passport or other international travel document.
    ( ✓ )  (f)  abide by the following restrictions on personal association, residence, or travel;   ① *stay away from D.C. except*
*for court, pretrial or atty. meeting* ② *advise Pretrial about travel outside of*
    ( ☐ )  (g)  avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution,   *NDTX*
                including:   *(counseling)*
    ( ✓ )  (h)  get mental or psychiatric treatment:   *if deemed appropriate by USPTS*
    ( ☐ )  (i)  return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling,
                or the following purposes: _____

    ( ☐ )  (j)  maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers
                necessary.
    ( ✓ )  (k)  not possess a firearm, destructive device, or other weapon,   *except for 1 shotgun & 1 rifle to be used*
    ( ✓ )  (l)  not use alcohol ( ☐ ) at all ( ✓ ) excessively.   *only in connection w/ △'s agricultural job.*
    ( ☐ )  (m)  not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed
                medical practitioner.
    ( ☐ )  (n)  submit to testing for a prohibited substance if required by the pretrial services office or supervising officer.  Testing may be used with
                random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of
                prohibited substance screening or testing.  The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy
                of prohibited substance screening or testing.
    ( ☐ )  (o)  participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or
                supervising officer.
    ( ☐ )  (p)  participate in one of the following location restriction programs and comply with its requirements as directed.
            ( ☐ )  (i)  **Curfew.** You are restricted to your residence every day ( ☐ ) from _____ to _____ , or ( ☐ ) as
                        directed by the pretrial services office or supervising officer; or
            ( ☐ )  (ii)  **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services;
                        medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other
                        activities approved in advance by the pretrial services office or supervising officer; or
            ( ☐ )  (iii)  **Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and
                        court appearances or other activities specifically approved by the court; or
            ( ☐ )  (iv)  **Stand Alone Monitoring.** You have no residential curfew, home detention, or home incarceration restrictions.  However,
                        you must comply with the location or travel restrictions as imposed by the court.
                        **Note:** Stand Alone Monitoring should be used in conjunction with global positioning system (GPS) technology.

*(f)③.) No travel outside of continental U.S. without*
*prior court approval*

AO 199B (Rev. 12/20) Additional Conditions of Release                                                    Page 3 of 4 Pages

## ADDITIONAL CONDITIONS OF RELEASE

( ☐ ) (q)  submit to the following location monitoring technology and comply with its requirements as directed:
        ( ☐ ) (i)    Location monitoring technology as directed by the pretrial services or supervising officer; or
        ( ☐ ) (ii)   Voice Recognition; or
        ( ☐ ) (iii)  Radio Frequency; or
        ( ☐ ) (iv)  GPS.

( ☐ ) (r)  pay all or part of the cost of location monitoring based upon your ability to pay as determined by the pretrial services or supervising officer.

( ☑ ) (s)  report as soon as possible, to the pretrial services or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

( ☑ ) (t)  The defendant shall abstain from the use of any synthetic and/or natural substances to alter mood and/or cognitive ability such as CBD and hemp oils/products.

( ) (u)  The defendant shall pay all or part of the cost of mental health and/or substance abuse treatment based upon your ability to pay as determined by the pretrial services or supervising officer.

AO 199C  (Rev. 09/08)  Advice of Penalties                                   Page __4__ of __4__ Pages

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

    Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

    While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year.  This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

    It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court.  The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

    If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed.  If you are convicted of:

    (1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;

    (2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;

    (3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;

    (4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

    A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive.  In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

    I acknowledge that I am the defendant in this case and that I am aware of the conditions of release.  I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed.  I am aware of the penalties and sanctions set forth above.

_____
*Defendant's Signature*

Amarillo, Texas
*City and State*

### Directions to the United States Marshal

( ✓ ) The defendant is ORDERED released after processing.
(　) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release.  If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date:  8/19/2024 _____         _____
*Judicial Officer's Signature*

U.S. MAGISTRATE LEE ANN RENO
*Printed name and title*

DISTRIBUTION:   COURT    DEFENDANT    PRETRIAL SERVICE    U.S. ATTORNEY    U.S. MARSHAL

AO 98 (Rev. 12/11) Appearance Bond

```
                                            ┌─────────────────────────────────┐
                                            │      U.S. DISTRICT COURT         │
                                            │  ~~NORTHERN DISTRICT OF~~ TEXAS   │
                                            │          FILED                   │
                                            │       AUG 1 9 2024               │
                                            │  CLERK, U.S. DISTRICT COURT      │
                                            │  By_____          │
                                            │            Deputy                │
                                            └─────────────────────────────────┘
```

# UNITED STATES DISTRICT COURT

### for the

### Northern District of Texas

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.  2:24-mj-00075-BR (1) |
| DONALD ROSS WORKMAN, JR. (1) | ) | |
| *Defendant* | ) | |

## APPEARANCE BOND

### Defendant's Agreement

I, _____ DONALD ROSS WORKMAN _____ *(defendant)*, agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:

     ( X )    to appear for court proceedings;

     ( X )    if convicted, to surrender to serve a sentence that the court may impose; or

     ( X )    to comply with all conditions set forth in the Order Setting Conditions of Release.

### Type of Bond

( X ) (1)  This is a personal recognizance bond.

(   ) (2)  This is an unsecured bond of $ _____ .

(   ) (3)  This is a secured bond of $ _____ , secured by:

    (   ) (a) $ _____ , in cash deposited with the court.

    (   ) (b) the agreement of the defendant and each surety to forfeit the following cash or other property *(describe the cash or other property, including claims on it — such as a lien, mortgage, or loan — and attach proof of ownership and value)*:

    If this bond is secured by real property, documents to protect the secured interest may be filed of record.

    (   ) (c) a bail bond with a solvent surety *(attach a copy of the bail bond, or describe it and identify the surety)*:

### Forfeiture or Release of the Bond

*Forfeiture of the Bond.*  This appearance bond may be forfeited if the defendant does not comply with the above agreement.  The court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement.  At the request of the United States, the court may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including interest and costs.

AO 98 (Rev. 12/11) Appearance Bond

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

**Declarations**

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:

    (1)      all owners of the property securing this appearance bond are included on the bond;

    (2)      the property is not subject to claims, except as described above; and

    (3)      I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C. § 1746.)

Date:   08/19/2024

_____
                                *Defendant's signature*

_____       _____
   *Surety/property owner – printed name*          *Surety/property owner – signature and date*

_____       _____
   *Surety/property owner – printed name*          *Surety/property owner – signature and date*

_____       _____
   *Surety/property owner – printed name*          *Surety/property owner – signature and date*

*CLERK OF COURT*

Date: _____

_____
                       *Signature of Clerk or Deputy Clerk*

Approved.

Date:   08/19/2024

_____
       U.S. MAGISTRATE JUDGE LEE ANN RENO
                            *Judge's signature*

CLOSED

# U.S. District Court
## Northern District of Texas (Amarillo)
## CRIMINAL DOCKET FOR CASE #: 2:24-mj-00075-BR All Defendants

Case title: USA v. Workman

Date Filed: 08/19/2024

Other court case number: 1:24-mj-00241 District of Columbia

Date Terminated: 08/19/2024

Assigned to: Magistrate Judge Lee Ann
Reno

**Defendant (1)**

**Donald Ross Workman, Jr**
*TERMINATED: 08/19/2024*

represented by **Eric Coats-FPD**
Federal Public Defender
Northern District of Texas
Amarillo National Bank, Plaza II
500 S. Taylor St., Suite 110, LB 214
Amarillo, TX 79101
806-324-2370
Fax: 806-324-2372
Email: eric_coats@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Federal Public Defender*
*Appointment*
*Bar Status: Admitted/In Good Standing*

**Cristy J McElroy-FPD**
Federal Public Defender
500 S Taylor Street, Suite 110
Amarillo, TX 79101
806-324-2370
Fax: 806-324-2372
Email: Cj_McElroy@fd.org
*ATTORNEY TO BE NOTICED*
*Designation: Federal Public Defender*
*Appointment*
*Bar Status: Admitted/In Good Standing*

**Felipe Zavala-FPD**
Federal Public Defender
Northern District of Texas
500 South Taylor St., Suite 110 LB 214
Amarillo, TX 79101
806-324-2370
Fax: 806-324-2372

Email: felipe_zavala@fd.org
*ATTORNEY TO BE NOTICED*
*Designation: Federal Public Defender Appointment*
*Bar Status: Admitted/In Good Standing*

**Pending Counts**                                    **Disposition**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts**                                 **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                                        **Disposition**

CMP

---

**Plaintiff**

**USA**                          represented by   **Joshua Jerome Frausto-DOJ**
US Attorney's Office
500 South Taylor Street
Amarillo, TX 79101
806-324-2322
Fax: 806-324-2399
Email: joshua.frausto@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: US Attorney's Office*
*Bar Status: Not Admitted*

**Anna Marie Bell-DOJ**
United States Attorney's Office
500 S Taylor
Suite 300
Amarillo, TX 79101
806-324-2397
Fax: 806-324-2399
Email: anna.bell@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: US Attorney's Office*
*Bar Status: Not Admitted*

**Morgan Anne Casey-DOJ**
US Attorney's Office

500 S Taylor Street, Suite 300
Amarillo, TX 79101
806-324-2356
Fax: 806-324-2399
Email: morgan.casey@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: US Attorney's Office*
*Bar Status: Not Admitted*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/19/2024 | 1 | Rule 5 Documents received from District of Columbia as to Donald Ross Workman, Jr (1). In each Notice of Electronic Filing, the judge assignment is indicated, and a link to the Judges Copy Requirements and Judge Specific Requirements is provided. The court reminds the filer that any required copy of this and future documents must be delivered to the judge, in the manner prescribed, within three business days of filing. (mcrd) (Entered: 08/19/2024) |
| 08/19/2024 | 2 | ELECTRONIC ORDER SCHEDULING INITIAL APPEARANCE as to Donald Ross Workman, Jr: Initial Appearance set for 8/19/2024 01:30 PM in US Courthouse, Courtroom 2nd Floor, 205 S. E. 5th Ave., Amarillo, TX 79101-1559 before Magistrate Judge Lee Ann Reno. (Ordered by Magistrate Judge Lee Ann Reno on 8/19/2024) (mcrd) (Entered: 08/19/2024) |
| 08/19/2024 | 3 | ELECTRONIC Minute Entry for proceedings held before Magistrate Judge Lee Ann Reno: Initial Appearance as to Donald Ross Workman, Jr held on 8/19/2024. Date of Arrest: 8/19/2024. Deft first appearance. Deft appeared with counsel. Deft advised of rights/charge(s). Financial affidavit executed. Deft found qualified for appointed counsel. Counsel appointed. Government did not move for pretrial detention. Deft released from custody on terms and conditions set by the Court. Attorney Appearances: AUSA - Morgan Anne Casey-DOJ; Defense - Eric Coats-FPD. (No exhibits) Time in Court - :42. (Court Reporter: Digital File) (USPO Rubio Salado.) (mcrd) (Entered: 08/19/2024) |
| 08/19/2024 | 4 | (Document Restricted) CJA 23 Financial Affidavit by Donald Ross Workman, Jr (mcrd) (Entered: 08/19/2024) |
| 08/19/2024 | 5 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Donald Ross Workman, Jr. Cristy J McElroy-FPD, Eric Coats-FPD, Felipe Zavala-FPD for Donald Ross Workman, Jr appointed. (Ordered by Magistrate Judge Lee Ann Reno on 8/19/2024) (mcrd) (Entered: 08/19/2024) |
| 08/19/2024 | 6 | NOTICE OF ATTORNEY APPEARANCE by Eric Coats-FPD (Clerk to Set Designation as: Federal Public Defender Appointment) appearing for Donald Ross Workman, Jr (Filer confirms contact info in ECF is current.) (Counsel is served with a copy of the General Order Regarding the Use of Interpreters in Criminal Cases Filed in the Amarillo Division. Clerk to mail a copy to any attorney who does not receive electronic notice of this entry.) (If sealed documents that you are authorized to see were previously filed by U.S. Pretrial Services or U.S. Probation, you will require assistance to gain access to them and any related filings. Please call the clerk at 214.753.2240 during business hours to request access.) (Coats-FPD, Eric) (Entered: 08/19/2024) |
| 08/19/2024 | 7 | ORDER ON INITIAL APPEARANCE AND SETTING BOND as to Donald Ross Workman, Jr: At the hearing, the government did not move for pretrial detention and the Court finds the defendant should be released on a personal recognizance bond with specific conditions of release. The defendant was advised of the right to an Identity Hearing and waived the right to have the Identity hearing in the Northern District of Texas. The |

| | | |
|---|---|---|
| | | defendant was also advised of the right to a Preliminary Examination and acknowledged understanding such right. The defendant's Preliminary Examination will be held via Zoom on Tuesday, August 27, 2024, at 12:30 p.m., EDT before U.S. Magistrate Judge G. Michael Harvey in the E. Barrett Prettyman United States Courthouse, Washington D.C. (Ordered by Magistrate Judge Lee Ann Reno on 8/19/2024) (mcrd) (Entered: 08/19/2024) |
| 08/19/2024 | 8 | ORDER Setting Conditions of Release as to Donald Ross Workman, Jr. (Ordered by Magistrate Judge Lee Ann Reno on 8/19/2024) (mcrd) (Entered: 08/19/2024) |
| 08/19/2024 | 9 | Appearance Bond (Personal Recognizance) entered as to Donald Ross Workman, Jr (mcrd) (Entered: 08/19/2024) |
| 08/19/2024 | 10 | WAIVER of Rule 5 Hearings by Donald Ross Workman, Jr (mcrd) (Entered: 08/19/2024) |
| 08/19/2024 | 11 | Notice FROM Texas Northern TO District of Columbia of a Rule 5 Appearance as to Donald Ross Workman, Jr. Your case number is: 1:24-mj-00241. Docket sheet and documents attached. *If you wish to designate a different email address for future transfers, send your request to the national list host at InterDistrictTransfer_TXND@txnd.uscourts.gov.* (mcrd) (Entered: 08/19/2024) |